UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEAN P. REILLY,

    Petitioner,

v.                                                Case No. 4:20-cv-145-TKW/EMT

MARK S. INCH,

    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 20), Petitioner's motion requesting an evidentiary hearing (Doc. 21), Petitioner's memorandum of law in support of motion to expand the record (Doc. 22),[1] and Petitioner's objections to the R&R (Doc. 27)  The R&R recommends dismissal of Petitioner's habeas petition on jurisdictional grounds without reaching the merits, whereas Petitioner's post-R&R motions seek relief related to the merits of the petition.

The Court reviewed the issues raised in the objections de novo pursuant to Fed. R. Civ. P. 72(b)(3).  Based on that review, the Court agrees with the magistrate judge's determination that Petitioner's habeas petition should be dismissed on

---

[1] The record does not contain a separate motion to expand the record, so the memorandum will be treated as a motion.

jurisdictional grounds.  That ruling renders Petitioner's post-R&R motions moot.

Accordingly, it is **ORDERED** that:

1. The R&R is adopted and incorporated by reference in this order.

2. Petitioner's habeas petition (Doc. 1) is **DISMISSED**.

3. A certificate of appealability is **DENIED**.

4. Petitioner's post-R&R motions (Docs. 21, 22) are **DENIED as moot**.

5. The Clerk shall close the case file.

**DONE AND ORDERED** this 22nd day of March, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**